ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
DEBRA URTEAGA (CA SBN 278744)
DUrteaga@mofo.com
SAM STEFANKI (CA SBN 293330)
SStefanki@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff

BRUCE D. PRAET (CA SBN 119430)
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
Telephone: 714.953.5300
Facsimile: 714.953.1143
bpraet@aol.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORBERTO AZUA, JR.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PARLIER, a municipal corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:14-CV-00198-AWI-SMS<br><br>**STIPULATION AND ORDER MODIFYING DATE OF SCHEDULING CONFERENCE** |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective

2  counsel, that the Scheduling Conference set by the Court in its Order Setting Mandatory

3  Scheduling Conference (ECF No. 2) is re-scheduled for **May 28, 2014 at 11:00 AM**, before

4  Magistrate Judge Sandra M. Snyder.  The parties further stipulate that the Court's deadline to file

5  a Joint Scheduling Report is extended accordingly, for a new filing deadline of **May 21, 2014**.

6  All other requirements contained in the Court's prior scheduling order shall remain in

7  effect and unchanged.

9  Dated: May 7, 2014                ARTURO J. GONZÁLEZ
                                     DEBRA URTEAGA
10                                   SAM STEFANKI
                                     MORRISON & FOERSTER LLP

13                                   By:  */s/ Arturo J. González*
                                          ARTURO J. GONZÁLEZ
                                          Attorneys for Plaintiff

16  Dated: May 8, 2014                BRUCE D. PRAET
                                      FERGUSON, PRAET & SHERMAN
17                                    A Professional Corporation

19                                    By:  */s/ Bruce D. Praet*
                                           BRUCE D. PRAET
20                                         Attorney for Defendants

22  **IT IS SO ORDERED.**

24  DATED:  5/8/2014                  /s/ SANDRA M. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] MODIFYING DATE OF SCHEDULING CONFERENCE
CASE NO. 1:14-CV-00198-AWI-SMS
sf-3414109

1