1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  SAM STEFANKI (CA SBN 293330)
   SStefanki@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  DEBRA URTEAGA (CA SBN 278744)
   DUrteaga@mofo.com
7  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
8  Los Angeles, California 90017-3543
   Telephone:  213.892.5200
9  Facsimile:  213.892.5454

10  Attorneys for Plaintiff

11  BRUCE D. PRAET (CA SBN 119430)
    FERGUSON, PRAET & SHERMAN
12  A Professional Corporation
    1631 East 18th Street
13  Santa Ana, California 92705
    Telephone: 714.953.5300
14  Facsimile: 714.953.1143
    bpraet@aol.com
15
    Attorney for Defendants
16

17                UNITED STATES DISTRICT COURT

18               EASTERN DISTRICT OF CALIFORNIA

19                      FRESNO DIVISION

20

21  NORBERTO AZUA, JR.                    | Case No. 1:14-CV-00198-AWI-SMS

22                 Plaintiff,             | **MODIFIED JOINT
                                          | STIPULATION AND ORDER TO
23       v.                               | EXTEND DATES FOR EXPERT
                                          | DISCLOSURE, DISCOVERY
24  CITY OF PARLIER, a municipal corporation; and | CUT-OFF, NON-DISPOSITIVE
    DOES 1 through 20, inclusive,         | MOTION FILING, AND
25                                        | PRETRIAL CONFERENCE**
                 Defendants.
26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR EXPERT DISCLOSURES, DISCOVERY, NON-
DISPOSITIVE MOTION FILING, AND PRETRIAL CONFERENCE
CASE NO. 1:14-CV-00198-AWI-SMS
la-1281819

1   Pursuant to Local Rules 143, 144(a), and the Court's Scheduling Order (ECF # 10), Plaintiff

2   Norberto Azua and Defendant Parlier Police Department (collectively "the parties") hereby

3   stipulate as follows:

4           WHEREAS the parties mutually desire an extension of the expert disclosure deadline

5   from April 13, 2015 to **June 5, 2015**, so that the parties may have the opportunity to confer about

6   a possible resolution of this matter before incurring additional costs.

7           WHEREAS the parties mutually desire an extension of the discovery cut-off date from

8   May 11, 2015 to **June 30, 2015**, so that the parties may have the opportunity to confer about a

9   possible resolution of this matter before incurring additional costs.

10          WHEREAS the parties mutually desire an extension of the non-dispositive motion filing

11  deadline from May 15, 2015 to **June 30, 2015**, so that the parties may have the opportunity to

12  address any disputes arising from discovery.

13          WHEREAS the parties are not available on the date scheduled for the pretrial conference

14  and mutually agree to extend the date from August 12, 2015 at 8:30 a.m. to **August 20, 2015 at**

15  **10:00 a.m**.

16          WHEREAS this extension of time will not interfere with the trial date set in this case for

17  September 22, 2015 at 8:30 a.m.

18          WHEREAS the parties have not sought, requested, or obtained extensions of time for any

19  matter sought herein.

20          WHEREAS all other requirements contained in the Court's prior scheduling order shall

21  remain in effect and unchanged.

22          IT IS HEREBY STIPULATED by and between the parties, through their respective

23  counsel, that the dates pertaining to expert disclosures, discovery cut-off, non-dispositive motion

24  filing, and the pretrial conference are hereby rescheduled for **June 5, 2015**, **June 30, 2015**, **June**

25  **30, 2015**, and **August 20, 2015 at 10:00 a.m.**, respectively.

26  //

27  //

28  //
STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR EXPERT DISCLOSURES, DISCOVERY, NON-
DISPOSITIVE MOTION FILING, AND PRETRIAL CONFERENCE                                                    1
CASE NO. 1:14-CV-00198-AWI-SMS
la-1281819

1  //

2  //

3  //

4      We declare under penalty of perjury that the foregoing is true and correct.

5

6  Dated: March 27, 2015                    ARTURO J. GONZÁLEZ
                                            DEBRA URTEAGA
7                                           SAM STEFANKI
                                            MORRISON & FOERSTER LLP
8

9
                                            By:  /s/ Arturo J. González
10                                                ARTURO J. GONZÁLEZ
                                                  Attorneys for Plaintiff
11

12

13  Dated: March 27, 2015                   BRUCE D. PRAET
                                            FERGUSON, PRAET & SHERMAN
14                                          A Professional Corporation

15

16                                          By:  /s/ Bruce D. Praet
                                                  BRUCE D. PRAET
17                                                Attorney for Defendants

18

19                          **IT IS SO ORDERED.**

20

21  DATED: 3/30/2015                        /s/ SANDRA M. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR EXPERT DISCLOSURES, DISCOVERY, NON-
    DISPOSITIVE MOTION FILING, AND PRETRIAL CONFERENCE                                        2
    CASE NO. 1:14-CV-00198-AWI-SMS
    la-1281819