1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  SAM STEFANKI (CA SBN 293330)
   SStefanki@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  SEAN P. GATES (CA SBN 186247)
   SGates@mofo.com
7  DEBRA URTEAGA (CA SBN 278744)
   DUrteaga@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
9  Los Angeles, California 90017-3543
   Telephone:  213.892.5200
10 Facsimile:  213.892.5454

11 Attorneys for Plaintiff

12 BRUCE D. PRAET (CA SBN 119430)
   FERGUSON, PRAET & SHERMAN
13 A Professional Corporation
   1631 East 18th Street
14 Santa Ana, California 92705
   Telephone: 714.953.5300
15 Facsimile: 714.953.1143
   bpraet@aol.com
16
   Attorney for Defendants
17

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20                     FRESNO DIVISION

21

22 NORBERTO AZUA, JR.                  Case No. 1:14-CV-00198-AWI-SMS

23          Plaintiff,                 **JOINT STIPULATION AND**
                                       **ORDER TO EXTEND DATES**
24      v.                             **FOR EXPERT DISCLOSURE**
                                       **AND DISCOVERY CUT-OFF**
25 CITY OF PARLIER, a municipal corporation;
   JONATHAN PIERRO, in his individual capacity;
26 ADOLFO JIMENEZ, in his individual capacity;
   and DOES 1 through 20, inclusive,
27
            Defendants.
28

1    Pursuant to Local Rules 143, 144(a), and the Court's Scheduling Order (ECF # 10),

2  Plaintiff Norberto Azua and Defendants Parlier Police Department, Jonathan Pierro, and Adolfo

3  Jimenez (collectively "the Parties") hereby stipulate as follows:

4    WHEREAS the Parties mutually desire an extension of the expert disclosure deadline

5  from June 5, 2015 to **June 30, 2015**, so that the Parties may have the opportunity to confer about

6  a possible resolution of this matter before incurring additional costs.

7    WHEREAS the Parties mutually desire an extension of the discovery cut-off date from

8  June 30, 2015 to **July 15, 2015**, so that the Parties may have the opportunity to confer about a

9  possible resolution of this matter before incurring additional costs.

10    WHEREAS this extension of time will not interfere with the pre-trial conference set

11  August 20, 2015.

12    WHEREAS this extension of time will not interfere with the trial date in this case set for

13  September 22, 2015 at 8:30 a.m.

14    WHEREAS the Parties have sought, requested, and obtained an extension of time for the

15  expert disclosure deadline and discovery cut-off date on March 30, 2015.

16    WHEREAS all other requirements contained in the Court's prior scheduling order shall

17  remain in effect and unchanged.

18    IT IS HEREBY STIPULATED by and between the Parties, through their respective

19  counsel, that the dates pertaining to expert disclosures and discovery cut-off are hereby

20  rescheduled for **June 30, 2015** and **July 15, 2015**, respectively.

21

22  Dated: May 20, 2015        ARTURO J. GONZÁLEZ
                               DEBRA URTEAGA
23                             SAM STEFANKI
                               MORRISON & FOERSTER LLP
24

25                             By:  */s/ Sean P. Gates*
26                                  SEAN P. GATES
                                    Attorneys for Plaintiff
27

28

1   Dated: May 20, 2015                    BRUCE D. PRAET
                                           FERGUSON, PRAET & SHERMAN
2                                          A Professional Corporation

3

4                                          By:   */s/ Bruce D. Praet* [authorized May 20, 2015]
                                                 BRUCE D. PRAET
5                                                Attorney for Defendants

6

7   **IT IS SO ORDERED.**

8

    DATED: 5/21/2015                       /s/ SANDRA M. SNYDER
9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28