ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
SAM STEFANKI (CA SBN 293330)
SStefanki@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
DEBRA URTEAGA (CA SBN 278744)
DUrteaga@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff

BRUCE D. PRAET (CA SBN 119430)
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
Telephone: 714.953.5300
Facsimile: 714.953.1143
bpraet@aol.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORBERTO AZUA, JR.<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF PARLIER, a municipal corporation; JONATHAN PIERRO, in his individual capacity; ADOLFO JIMENEZ, in his individual capacity; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:14-CV-00198-AWI-SMS<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DATES** |

1  Pursuant to Local Rules 143, 144(a), and the Court's Scheduling Order (ECF # 10), Plaintiff Norberto Azua and Defendants Parlier Police Department, Jonathan Pierro, and Adolfo Jimenez (collectively "the Parties") hereby stipulate as follows:

WHEREAS the Parties desire to seek a possible resolution of this matter before incurring additional costs;

WHEREAS the Parties have therefore scheduled a settlement conference before the Honorable Sandra M. Snyder for July 22, 2015;

WHEREAS the Parties mutually desire an extension of the discovery and other deadlines in this litigation to allow for the settlement conference to take place prior to incurring additional costs;

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the case schedule be modified to the following:

| | |
|---|---|
| Settlement Conference | July 22, 2015, at 10:00 AM |
| Non-dispositive motion cutoff | August 14, 2015 |
| Expert disclosures | September 4, 2015 |
| Discovery cutoff | September 25, 2015 |
| Pretrial Conference | October 22, 2015, at 10:00 AM (AWI) |
| Trial begins | December 8, 2015, at 8:30 AM (AWI) |

Dated: June 16, 2015

ARTURO J. GONZÁLEZ
DEBRA URTEAGA
SAM STEFANKI
MORRISON & FOERSTER LLP

By: */s/ Sean P. Gates*
SEAN P. GATES
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER EXTENDING DATES
CASE NO. 1:14-CV-00198-AWI-SMS
la-1290080

1

Dated: June 16, 2015

BRUCE D. PRAET
FERGUSON, PRAET & SHERMAN
A Professional Corporation


By:  */s/ Bruce D. Praet* [authorized June 16, 2015]
     BRUCE D. PRAET
     Attorney for Defendants

IT IS SO ORDERED.

Dated:  **June 18, 2015**　　　　　　　**/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE